**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0450 |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| CITIBANK, N.A. | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0443 |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| BANK OF AMERICA, N.A | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss with prejudice Defendant Bank of America,  N.A. (Dkt. No. 127) pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice.

**So ORDERED and SIGNED this 1st day of November, 2016.**


RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE